

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-01033-CV

**Educap, Inc.**

v.

**Joanna Sanchez**

NO. 980350 IN THE CO CIVIL CT AT LAW NO 3 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|-------------|---------|----------|--------|---------|
| EXPRESS | $25.00 | 04/11/2014 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/20/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 08/20/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 07/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/25/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 07/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/22/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/04/2013 | E-PAID | APE |
| MT FEE | $10.00 | 02/06/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/06/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 12/27/2012 | E-PAID | ANT |
| CLK RECORD | $108.00 | 11/27/2012 | PAID | ANT |
| FILING | $175.00 | 11/21/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/21/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/21/2012 | E-PAID | ANT |

| E-TXGOV FEE | $5.00 | 11/14/2012 | E-PAID | APE |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $408.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 16, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**